# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TRI-STATE PAPER, INC.** | : | **BANKRUPTCY NO. 23-13237 (PMM)** |
| d/b/a **TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |
| **ROBERT W. SEITZER, in his capacity as** | : | |
| **the Chapter 7 Trustee for the Estate of** | : | |
| **TRI-STATE PAPER, INC.** | : | |
| **d/b/a TRI-STATE PAPER COMPANY** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **ADVERSARY NO. 25-00248 (PMM)** |
| | : | |
| **CITIZENS BANK, N.A.** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## CONSENT ORDER RESOLVING ADVERSARY PROCEEDING

**THIS IS A CONSENT ORDER** (the "Consent Order") by and between Robert W. Seitzer, Chapter 7 Trustee for the estate of Tri-State Paper, Inc. d/b/a Tri-State Paper Company (the "Debtor") and the plaintiff herein (the "Plaintiff"), and Citizens Bank, N.A. (the "Defendant"), resolving the above-captioned adversary proceeding (the "Adversary Proceeding").

## BACKGROUND

A. On October 27, 2023, the Debtor filed for protection under Chapter 11 Subchapter V of the Bankruptcy Code (the "Bankruptcy Case").

B. On September 25, 2025, the Bankruptcy Case was converted to one proceeding under Chapter 7 of the Bankruptcy Code.

C. On September 26, 2025, the Plaintiff was appointed as the Chapter 7 Trustee which

appointment remains in effect.

    D.    On December 15, 2025, the Plaintiff initiated the Adversary Proceeding by filing a complaint (the "Complaint") against the Defendant.

    E.    As set forth in the Complaint, the Plaintiff seeks a judgment against the Defendant: (i) compelling the turnover of proceeds (the "Account Proceeds") from a bank account ending in 3709 (the "Account") and (ii) compelling the turnover of all account statements for the Account from June of 2025 to the date that the Account Proceeds are turned over to him (the "Account Statements").

    F.    The Defendant has confirmed that the Account is the only bank account in the Debtor's name currently with the Defendant.

    G.    The Plaintiff and the Defendant have concluded that resolving the Adversary Proceeding by this Consent Order is appropriate under governing law and consistent with the interest of the Debtor's estate, its creditors and parties in interest.

**NOW, THEREFORE,** the foregoing Background being incorporated herein and made a part hereof, and with the agreement of the parties hereto, it is hereby **ORDERED** as follows:

    1.    The Defendant shall turnover the Account Proceeds to the Plaintiff within twenty (20) days after the entry of this Consent Order.

    2.    The Defendant shall turnover the Account Statements to the Plaintiff within twenty (20) days after the entry of this Consent Order.

    3.    Upon receipt of the Accounts Proceeds and the Account Statements, the Plaintiff shall dismiss the Adversary Proceeding with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as incorporated herein by Fed. R. Bankr. P. 7041.

    4.    This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Consent Order.

**BY THE COURT:**

Dated: **December 19, 2025**

*/s/ Patricia M. Mayer*
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

**CONSENT IS HEREBY GIVEN
TO THE FORM, SUBSTANCE AND
ENTRY OF THE WITHIN ORDER:**

| **KARALIS PC** | **UNRUH, TURNER, BURKE & FREES, P.C.** |
|---|---|
| By: /s/ Robert W. Seitzer | By: /s/ Kristen Wetzel Ladd |
| ROBERT W. SEITZER | KRISTEN WETZEL LADD |
| 1900 Spruce Street | 17 West Gay Street |
| Philadelphia, PA 19103 | West Chester, PA 19381 |
| (215) 546-4500 | (484) 653-2233 |
| rseitzer@karalislaw.com | kladd@utbf.com |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| Dated: December 16, 2025 | Dated: December 16, 2025 |